JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK D. HALL,<br><br>    Plaintiff,<br><br>    v.<br><br>CSP-LOS ANGELES, et al.,<br><br>    Defendant. | Case No. CV 16-6216-RGK (KES)<br><br>**JUDGMENT** |

    Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the First Amended Complaint and entire action is dismissed with prejudice.

DATED: May 12, 2017

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE